# PETITIONS FOR REVIEW

### (460 P3d 1011-1017, 461 P3d 221-222)

## ALLOWED

### April 9, 2020

De Young v. Brown (A162584)(S067385)(300 Or App 530)

State v. Postlethwait, William Anthony (A167015)(S067153)(300 Or App 217) Appellant's petition for review is allowed. The decision of the Court of Appeals is vacated, and this case is remanded to the Court of Appeals for reconsideration in light of *Martinez v. Cain*, 366 Or 136, 458 P3d 670 (2020).

State v. Ramoz, Talon Duane (A163802)(S067290)(299 Or App 787)

## DENIED

### April 9, 2020

Bank of New York Mellon v. Delaney (A163489)(S067146)(299 Or App 1)

Bates, Personal Representative of the Estate of Olivia Sophia Bates, Deceased v. Andaluz Waterbirth Center (A163860)(S067158)(298 Or App 733). Nakamoto and Duncan, JJ., would allow.

Bell, Larry Lydell, Sr. v. Hendricks (A167781)(S067468)(301 Or App 216)

Department of Human Services v. B. H. (A171480/81)(A171483)(A171486-88) (S067455)(301 Or App 699)

Department of Human Services v. S. L. (A171815)(S067495)(302 Or App 186)

Gardner, Personal Representative of the Estate of Jacqueline S. Mahoney v. Oregon Health and Sciences University (A165903)(S067252)(299 Or App 280)

Goins, Gary L. v. Cain (A167023)(S067367)(300 Or App 582)

Graham v. SAIF Corporation (A167774)(S067251)(299 Or App 831)

Herrera-Roman, Alberto v. Cain (A169267)(S067434)(301 Or App 699)

Herzog, Gary K. v. Kelly (A166364)(S067296)(299 Or App 831)

Jensen, Joel v. Kelly (A167499)(S067405)(300 Or App 823)

King v. Oregon Department of State Police (A168712)(S067319)(300 Or App 823)

M & S Electric, LLC v. Electrical and Elevator Board (A167597)(S067315)(300 Or App 823). Balmer and Nelson, JJ., would allow.

Pelham, Charles Edward v. Kelly (A166751)(S067402)(300 Or App 822)

State v. Bernabei, Jennifer Lynn (A168132)(S067462)(301 Or App 636)

State v. Chester, Shane Maurice (A166631)(S067540)(301 Or App 636)

State v. Cornelius, Thomas Melvin (A168431)(S067522)(301 Or App 637)

State v. Craigen, George West (A161522)(S067373)(300 Or App 451)

State v. D. J. M. (A164523)(S067361)(300 Or App 822)

State v. Downing, Donovan Keith Pulver (A168633)(S067530)(302 Or App 187)

State v. Enyart, Christopher Allen (A167111)(S067359)(300 Or App 217)

State v. Fifita, Rudy (A167966)(S067537)(302 Or App 187)

State v. Garcia-Beiza, Arodi (A167299)(A167298)(S067504)(301 Or App 636) State v. Gaul, Jennifer Elizabeth (A166234)(S067412)(301 Or App 142)

State v. Hatfield, Elzie Wright (A166995)(A167058-60)(S067340)(300 Or App 403)

State v. Hernandez, Cesar Zavala (A162396)(S067280)(299 Or App 544)

State v. Hernandez-Valle, Victor Manuel (A167829)(S067334)(301 Or App 318)

State v. J. G. (A169907)(S067518)(301 Or App 636)

State v. M. H. H. (A169810)(S067438)(301 Or App 699)

State v. Manning, Samuel Justin (A164972)(S067356)(300 Or App 390)

**(460 P3d 1017, 1019-1020; 461 P3d 222)**

State v. Moore, Randy Allen (A166912)(S067362)(300 Or App 579)

State v. Morales, Eugene Manuel (A164511)(S067399)(299 Or App 392). Nakamoto and Duncan, JJ., would allow.

State v. Murdock, Sierra Nicole (A167630)(S067487)(301 Or App 853)

State v. Sheikh-Nur, Yusuf Dahir (A167017-19)(A167513)(S067308)(300 Or App 403)

Wetherell v. Douglas County (A171917)(S067215)(300 Or App 404)